**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edtroy Harper,<br><br>            Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>           Respondents. | No. CV-24-00319-TUC-CKJ (LCK)<br><br>**ORDER** |

On June 25, 2024, Petitioner filed a habeas Petition pursuant to 28 U.S.C. § 2254 (Doc. 1) and an Application to Proceed *In Forma Pauperis* (Doc. 4). On August 6, 2024, the Court issued an Order that granted *informa pauperis* status, ordered the Petition served on Petitioner's behalf and directed Respondent to file an Answer. The Court included two sentences summarizing the Petitioner's grounds for relief. On August 13, 2024, Petitioner filed a document objecting to the choice of words used by the Court in these two sentences, which were as follows:

> In Ground One, Petitioner appears to allege that he was improperly prosecuted, either because it was beyond the statute of limitations or the supremacy close foreclosed his prosecution in Arizona state court. In Ground Two, Petitioner appears to allege that the "UN Charter" precludes his prosecution and imprisonment.

(Order (Doc. 6) at 1-2.)

Petitioner asks the Court to correct the Order to mirror language used in the Petition so his habeas claims may be properly answered. (Objection (Doc. 9)).

The Order speaks for itself. Furthermore, the Respondent will answer the allegations made by Petitioner in the Petition, not the Court's Order. To the extent the document filed by the Petitioner on August 13, 2024, is a request for reconsideration, it is denied.

**Accordingly,**

**IT IS ORDERED** that the Response (Doc. 9), to the extent it is a request for reconsideration, is DENIED.

Dated this 21st day of September, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge